1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 ROBERTO FILHO,                                    Case No. 4:18-cv-00337-KAW

Plaintiff,

8                                                   **ORDER TO FILE DISMISSAL WITHIN**
**60 DAYS; ORDER CONTINUING**
v.                                          **CASE MANAGEMENT CONFERENCE**

9

10 CHINATOWN COMMUNITY                               Re: Dkt. No. 63
DEVELOPMENT CENTER, INC., et al.,

11                    Defendants.

12

13        On March 6, 2019, the parties participated in a settlement conference with Judge Beeler,

14 where the case settled and the material terms were placed on the record. Accordingly, Plaintiff

15 shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

16        Finally, the case management conference set for March 19, 2019 is continued to June 4,

17 2019 at 1:30 p.m. The joint case management statement is due on or before May 28, 2019.

18        IT IS SO ORDERED.

19 Dated: March 7, 2019

20                                                  _____
KANDIS A. WESTMORE
21                                                  United States Magistrate Judge

22

23

24

25

26

27

28