UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ROBERTO FILHO,<br><br>    Plaintiff,<br><br>    v.<br><br>CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-05664-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States Magistrate Judge Kandis A. Westmore, to consider whether the case is related to case number 4:18-cv-00377-KAW.

**IT IS SO ORDERED.**

Dated: July 26, 2021

                                         LAUREL BEELER
                                         United States Magistrate Judge